```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| **LARRY RAY BAKER, JR.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-3226** |
| | * | |
| **HELIX ENERGY SOLUTIONS GROUP, INC.** | * | **SECTION "B"(4)** |

## JUDGMENT

Considering the Joint Motion to Approve Consent Judgment (Rec. Doc. No. 44) and in light of this Court's September 12, 2011 Order and Reasons granting summary judgment as to Plaintiff's claims arising out of the initial shoulder injury and denying summary judgment as to all claims arising out of the subsequent incident (Rec. Doc. No. 43), and finding that there exists no just reason for delay pursuant to Fed. R. Civ. P. 54(b);

**IT IS ORDERED** that Plaintiff's claims arising out of his initial shoulder injury on July 3, 2009 be and are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims arising from the subsequent incident remain.

**IT IS FURTHER ORDERED** that, in light of this judgment, trial of the above captioned matter currently set for Monday, September 19, 2011 be and is hereby **CANCELLED**. Parties request the opportunity to appeal the noted summary judgment ruling, believing such would aid in a more expeditious process for ultimate resolution of all claims and defenses. I concur.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 16TH day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE