UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY RAY BAKER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3226** |
| **HELIX ENERGY SOLUTIONS GROUP, INC.** | **JUDGE LEMELLE** |
| | **MAGISTRATE ROBY** |
| | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT**

     Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Larry Ray Baker, Jr., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on September 16, 2011 (Record Doc. No. 47), which, pursuant to the Court's "Order and Reasons" of September 12, 2011 (Record Doc. No. 43) granting in part Defendant's Motion for Summary Judgment to Enforce Pre-Litigation Settlement (Record Doc. No. 29), dismissed with prejudice Plaintiff's claims arising out of Plaintiff's initial shoulder injury on July 3, 2009.

     Respectfully Submitted,

/s/ Paul M. Sterbcow
Paul M. Sterbcow (#17817)
Ian F. Taylor (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone:     (504) 588-1500
Facsimile:     (504) 588-1514

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 5th day of October, 2011, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.

                                             /s/ Paul M. Sterbcow_____
                                             Paul M. Sterbcow